**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
IN SUN KIL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUN KIL,<br><br>       Plaintiff,<br><br>   vs.<br><br>DEALVAANGEL CORPORATION D/B/A LOS AMIGO'S BAR AND GRILL; RANDY J LADD, AS TRUSTEE OF MELINDA J LADD TRUST; and DOES 1 through 10,<br><br>       Defendants. | Case No.: 2:21-cv-03288 PA (AGRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that IN SUN KIL ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

   (a) **Voluntary Dismissal.**

       (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

      (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: May 18, 2021        SO. CAL. EQUAL ACCESS GROUP

By:    */s/ Jason J. Kim*
       Jason J. Kim, Esq.
       Attorneys for Plaintiff